JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**20  CR  148  WMC**

**Place of Offense:**
City:
County/Parrish: Monroe County, WI

**Related Case Information:**
Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**
Matter to be Sealed ____ Yes  ✓ No
Def. Name: Timothy Thomas
Alias Name:
City/State:
Year of Birth: 1989    Last 4 digits of SSN
Sex: Male              Race: Black

**U.S. Attorney Information:**
CHADWICK ELGERSMA    Bar #:
Interpreter: ✓ No ____ Yes   List language and/or dialect:

**Location Status:**
Arrest Date:
____ Already in Federal Custody as of: _____ in _____
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 1   ____ Petty   ____ Misdemeanor   ✓ Felony
                                    ____ Class A
                                    ____ Class B
                                    ____ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC 1992(a)(6) | Terrorist and Other Violent Act Against RailRoad Carriers | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date:                    Signature  /s/    CHADWICK ELGERSMA

[Stamp: 2020 NOV 18 PM 4:36  REC'D/FILED  PETER OPPENEER  CLERK US DIST COURT  WD OF WI]