IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2020 NOV 18 PM 4: 36
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | Case No. 20 CR 148 WMC |
| TIMOTHY THOMAS, | 18 U.S.C. § 1992(a)(6) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about November 7, 2020, in the Western District of Wisconsin, the defendant,

TIMOTHY THOMAS,

knowingly and without lawful authority or permission, and with intent to endanger the safety of any person, and with a reckless disregard for the safety of human life, interfered with an Amtrak railroad conductor while the conductor was employed in dispatching, operating, controlling, and maintaining railroad on-track equipment, and the defendant engaged in such conduct on a railroad carrier engaged in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 1992(a)(6)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: ___21___

_____
SCOTT C. BLADER
United States Attorney